## WAGNER v. STATE.  (No. 10872.)

Court of Criminal Appeals of Texas.    April 20, 1927.

Criminal law ⚌1086(13)—Where record contains no sentence, appeal will be dismissed.

Where record on appeal from conviction for manslaughter contained no sentence, the appeal will be dismissed, since without a sentence there can be no final judgment from which an appeal might be taken.

Appeal from District Court, Wilbarger County; Robert Cole, Judge.

C. M. Wagner was convicted of manslaughter, and he appeals.  Appeal dismissed.

Cummings, Davenport & Crane, of Wichita Falls, for appellant.

Sam D. Stinson, State's Atty., and Robt. M. Lyles, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J.  Conviction is for manslaughter; punishment being two years in the penitentiary.

The record before us contains no sentence, without which there is no final judgment from which appeal may be taken.

The appeal is dismissed.